IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY J. WILEY,<br><br>                    Plaintiff,<br><br>     vs.<br><br>TOM BARR, Manager; KRISS BOE SIMMONS, Co-Manager/Assistant Manager; and DIANE, Head Nurse Supervisor;<br><br>                    Defendants. | 8:20CV147<br><br>**ORDER** |

     Plaintiff has filed a motion seeking appointment of counsel. However, "[i]ndigent civil litigants do not have a constitutional or statutory right to appointed counsel. The trial court has broad discretion to decide whether both the plaintiff and the court will benefit from the appointment of counsel[.]" *Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996). No such benefit is apparent here at this time. Accordingly, the request for the appointment of counsel (Filing No. 25) is denied without prejudice to reassertion.

     **IT IS SO ORDERED.**

     Dated this 8th day of January, 2021.

                                                      BY THE COURT:

                                                      s/ Susan M. Bazis<br>
                                                      United States Magistrate Judge