IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY CARROLL,<br><br>                Plaintiff,<br><br>    vs.<br><br>TOM BARR, Manager; KRISS BOE SIMMONS, Co-Manager/Assistant Manager; and DIANE, Head Nurse Supervisor;<br><br>                Defendants. | **8:20CV147**<br><br>**ORDER** |

Defendants have requested leave to take the deposition of Plaintiff Timothy Carroll, who is currently an involuntarily committed patient at the Norfolk Regional Center, by remote means. ([Filing No. 37](#).) The motion is granted. Defendant may notice and take the deposition of the Plaintiff, a confined person, by remote videoconferencing means.

**IT IS SO ORDERED.**

Dated this 21st day of April, 2021.

                                                  BY THE COURT:

                                                  s/ Susan M. Bazis
                                                  United States Magistrate Judge